# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2019

Bridget M. McCormack,
Chief Justice

158563 (88)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RYAN MENARD, by his conservator,
SHELLY MENARD,
      Plaintiff-Appellant,

v

TERRY R. IMIG and SHARRYL ANN
EVERSON,
      Defendants,

and

MACOMB COUNTY DEPARTMENT OF
ROADS and COUNTY OF MACOMB,
      Defendants-Appellees.

SC: 158563
COA: 336220
Macomb CC: 2014-003145-NI

_____/

On order of the Court, the motion for reconsideration of this Court's November 15, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2019



t1218

Clerk